**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6052

MARKUS ODON MCCORMICK,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-ct-03292-FL)

Submitted:  October 31, 2025                    Decided:  November 14, 2025

Before WILKINSON, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Markus Odon McCormick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Markus Odon McCormick appeals the district court's order dismissing his civil suit seeking the return of seized funds for want of jurisdiction and its denial of his request for recusal.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's dismissal of McCormick's action seeking return of funds and denial of his motion for the district court judge to disqualify or recuse herself. *McCormick v. United States*, No. 5:23-ct-03292-FL (E.D.N.C. Jan. 8, 2025). We deny McCormick's petition for initial hearing en banc. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court also found that *Heck v. Humprey*, 512 U.S. 477, 487 (1994), barred McCormick's claim regarding the return of two cell phones seized during the criminal investigation. McCormick did not challenge this finding in his informal brief or his petition for initial hearing en banc.